Granted X?Y 10-30-15

NO. PD-0651-15

| | | |
|---|---|---|
| PIERCE, JOSEPH MICHAEL, | § | IN THE TEXAS COURT |
| (Appellant) | § | OF CRIMINAL APPEALS, |
| VS. | § | AUSTIN, TEXAS |
| STATE, OF TEXAS, | § | |
| (Appellee) | § | |

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 29 2015
Abel Acosta, Clerk

## APPELLANT'S MOTION FOR EXTENSION OF TIME

## TO FILE MOTION FOR REHEARING PURSUANT TO T.R.A.P. RULE 79

Appellant, JOSEPH MICHAEL PIERCE, proceeding pro se in the above styled and numbered cause, respectfully moves this court for an extension of time to file his Motion For Rehearing pursuant to T.R.A.P. Rule 79. In support thereof, Appellant would show the following:

FILED IN
COURT OF CRIMINAL APPEALS
OCT 29 2015
Abel Acosta, Clerk

1. On 10-14-2015 the Texas Court of Criminal Appeals refused Appellant's Petition For Discretionary Review, in Cause No. PD-0651-15 .

2. Pursuant to T.R.A.P. Rule 79, Appellant is entitled to pursue a Motion For Rehearing of the Court's refusal of his Petition For Discretionary Review.

3. Appellant certifys that, his Motion For Rehearing is based on substantial intervening circumstances or other significant circumstances which are specified in the motion, and is made in good faith, and not for delay purposes.

1.

4. Appellant is proceeding pro se and indigent and has very limited litigation skills required for preparing and filing a meaningful Motion For Rehearing.

5. Appellant believes in good faith that his Motion For Rehearing has substantial merit, thus, requiring to be reviewed in the interest of justice.

6. Appellant, is not pursuing a Motion For Rehearing to delay these appellate proceedings, nor to harrass Appellee(s) in any manner.

WHEREFORE, PREMISES CONSIDERED, Appellant, prays this Court grant this motion, extending the deadline date for filing Appellant's Motion For Rehearing to *11-13-2015* providing an additional (15) days from the original deadline date of *10-29-2015*, to file his Motion For Rehearing.

Executed on this _*21*_ day of *October*, 2015.

*Joseph Michael Pierce*
Joseph Michael Pierce

## OATH

I, JOSEPH MICHAEL PIERCE, do declare under the penalty of perjury pursuant to Tex.Civ.Prac.Rem. Code, §132.001 - §132.003, that the facts stated herein my Motion For Extension of Time to file a Motion For Rehearing pursuant to T.R.A.P. Rule 79, is true and correct.

Executed on this _*21*_ day of *October*, 2015

*Joseph Michael Pierce*
Joseph Michael Pierce                    2.

## CERTIFICATE OF SERVICE

I, JOSEPH MICHAEL PIERCE, do certify that a true and correct copy of Appellant's Motion For Extension of Time to File a Motion For Rehearing Pursuant to T.R.A.P. RULE 79, was served on Appellee by U.S. Mail, postage prepaid, addressed to the following addresses:

Mr. Michael West (Asst.Dist.Attny.)

100 North Broadway, 4th Fl.

Tyler, Texas, 75702


AND


State Prosecuting Attorney

P.O. Box 12405

Austin, Texas, 78711

Executed on this ____21____ day of ___October___. 2015.

_Joseph Michael Pierce_

JOSEPH MICHAEL PIERCE (Pro Se)

3060 FM 3514 #1919200 (Stiles Unit)

BEAUMONT, TEXAS, 77705

3.